# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WERLEIN, JR., EWING | USDC/SO. DIST. TEXAS | 06/25/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT JUDGE - SENIOR STATUS | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

515 RUSK AVENUE, ROOM 11521
HOUSTON, TX 77002-2605

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director & Chairperson | The Methodist Hospital, Houston, Texas |
| 2. | As Chairperson of TMH Board, director ex officio w/vote of following: | Medvest Holdings, Inc.; Methodist Health Centers; Methodist International; (cont'd in Note (1) in Part VIII) |
| 3. | As Chairman of TMH Board, director ex officio w/o vote of following: | Diagnostic Center Hospital Corp. of Texas; Medvest Inc. (cont'd in Note (2) in Part VIII) |
| 4. | Executor | Estate No. 1 (See Part VIII, Note 5) |
| 5. | Trustee | Trust No. 2 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WERLEIN, JR., EWING** | 06/25/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Halliburton com. | A | Dividend | L | T | | | | | |
| 2.  Halliburton com. | A | Dividend | K | T | | | | | |
| 3.  BP PLC, ADR | B | Dividend | K | T | | | | | |
| 4.  Exxon Mobil com. | D | Dividend | N | T | | | | | |
| 5.  Anadarko Petroleum Corp. com. | A | Dividend | K | T | | | | | |
| 6.  Wal-Mart Stores com. | A | Dividend | J | T | | | | | |
| 7.  Exxon-Mobil com. | B | Dividend | L | T | | | | | |
| 8.  Johnson & Johnson, com. | D | Dividend | N | T | | | | | |
| 9.  Conoco Phillips, com. | C | Dividend | L | T | | | | | |
| 10.  Texas Capital Bankshares, com. | | None | N | T | | | | | |
| 11.  HCP Inc., com. | A | Dividend | J | T | | | | | |
| 12.  CNL Lifestyle Props Inc. units | | None | K | V | | | | | See note (3) in Part VIII |
| 13.  Hines REIT, units | | None | K | V | | | | | See note (3) in Part VIII |
| 14.  AT&T, com. | C | Dividend | L | T | | | | | |
| 15.  Bristol-Myers Squibb, com. | A | Dividend | K | T | | | | | |
| 16.  Berkshire Hathaway CL B com. | | None | K | T | | | | | |
| 17.  Cisco Systems, com. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Comcast Corp. Class A | A | Dividend | J | T | | | | | |
| 19. Dean Foods Co., com. (Y) | | None | | | Donated | | | | |
| 20. Goodyear, com. (Y) | | None | | | Donated | | | | |
| 21. Hewlett Packard, com. | A | Dividend | J | T | | | | | |
| 22. Intel Corp., com. | B | Dividend | K | T | | | | | |
| 23. IBM, com. | B | Dividend | K | T | Donated (part) | | | | |
| 24. JP Morgan Chase, com. | A | Dividend | K | T | | | | | |
| 25. LSI Corp., com. | | None | | | Sold | 05/08/12 | J | | |
| 26. Pepsico, Inc., com. | A | Dividend | K | T | | | | | |
| 27. Target Corp., com. | B | Dividend | K | T | | | | | |
| 28. Treehouse Foods, com. (Y) | | None | | | Donated | | | | |
| 29. Zimmer Holdings, Inc., com. (Y) | A | Dividend | | | Donated | | | | |
| 30. Kinder Morgan Inc., com. | B | Dividend | K | T | | | | | |
| 31. Sector SPDR Financial, com. | A | Dividend | K | T | | | | | |
| 32. Phillips 66, com. | A | Dividend | J | T | Spinoff (from line 9) | 04/30/12 | J | | |
| 33. MUTUAL FUNDS: | | | | | | | | | |
| 34. Fidelity MM Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Low Price Stock | F | Dividend | O | T | | | | | |
| 36. Fidelity Contrafund | C | Dividend | N | T | | | | | |
| 37. Fidelity Mid-Cap Stock | E | Dividend | N | T | | | | | |
| 38. American Century Inter Term Tax-Free Bond | A | Dividend | K | T | | | | | |
| 39. Loomis Sayles Bond Fund Retail | B | Dividend | K | T | | | | | |
| 40. Thornburg Internat'l Value | A | Dividend | K | T | | | | | |
| 41. Harris Oakmark Fund (fka Oakmark Fund) | B | Dividend | K | T | | | | | |
| 42. Clipper Fund | A | Dividend | K | T | | | | | |
| 43. FMI Large Cap Fund | A | Dividend | K | T | | | | | |
| 44. Harbor Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 45. Harris Oakmark Global Select Fund Class 1 | A | Dividend | K | T | | | | | |
| 46. Pimco High Yield Fund Class D | A | Dividend | | | Sold | 03/01/12 | J | B | |
| 47. Touchstone Sands Capital Select | | None | K | T | | | | | |
| 48. Vanguard Prime MM Fund | A | Dividend | M | T | | | | | |
| 49. JP Morgan High Yield Bond Fund | C | Dividend | K | T | Buy (add'l) | 03/01/12 | J | | |
| 50. Pimco Emerging Local Bond Fund | A | Dividend | | | Sold | 09/19/12 | K | C | |
| 51. Pimco Unconstrained Bond Fund Class D | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Nuveen Mun. Mkt. Oppor. Fund | A | Dividend | J | T | | | | | |
| 53. Investco SMCP Value A (fka ATM Invesco) | D | Dividend | K | T | | | | | |
| 54. Insured Bank Dep. Sweep Prog.-Morgan Stanley Bank NA | | None | | | Closed | | | | |
| 55. BONDS and U.S. TREASURY NOTES: | | | | | | | | | |
| 56. Austin ISD Tex. U/T Ref. Ser. A | A | Interest | K | T | | | | | |
| 57. Univ Tex Perm Univ FD RFDG Ser. B | B | Interest | K | T | | | | | |
| 58. Pearland TX Indpt Sch Dist Ser A U/T B/ EDD | A | Interest | K | T | | | | | |
| 59. ACCOUNTS IN FINANCIAL INST: | | | | | | | | | |
| 60. Northern Trust Bank, Houston, check. acct. | | None | J | T | | | | | |
| 61. Bank of America, Houston, TX (Accounts) | A | Interest | N | T | | | | | |
| 62. Comerica Bank, Houston (accts) | A | Interest | M | T | | | | | |
| 63. ML Bank Deposit Program | A | Interest | L | T | | | | | |
| 64. REAL ESTATE: | | | | | | | | | |
| 65. Condo-Larimer County, CO | E | Rent | N | W | | | | | |
| 66. Working Interest-Cabot U., Andrews County, TX | D | Royalty | K | W | | | | | |
| 67. Royalty Interest, Ector County, TX | A | Royalty | J | W | | | | | |
| 68. Royalty Interest, Wheeler County, TX | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Royalty Interest, Martin County, TX | F | Royalty | M | W | | | | | |
| 70. Royalty Interest, Glasscock County, TX | E | Royalty | L | W | | | | | |
| 71. Royalty Interest, Glasscock County, TX Payor: Laredo Pet.(Y) | | | | | | | | | Duplicate of line 70 above |
| 72. Fractional int. in real property, Kerr County, TX | | None | L | W | | | | | |
| 73. Royalty Int. (Pioneer), Martin County, TX (Y) | | | | | | | | | Included in line 69 above |
| 74. Royalty Int. (Linn), Martin County, TX (Y) | | | | | | | | | Included in line 69 above |
| 75. Royalty Interest., Austin County, TX | | None | J | W | | | | | |
| 76. Royalty Interest, Howard County, TX (X) | A | Rent | J | W | | | | | |
| 77. RETIREMENT & IRA ACCOUNTS: | | | | | | | | | |
| 78. IRA Acct: John Hancock Ind. Ret.Annuity | | None | L | V | | | | | See Note-Part VIII |
| 79. IRA Acct: CGM Focus Fund | | None | L | T | | | | | |
| 80. IRA ROLLOVER ACCOUNT: All entries that follow from Lines 82 | E | Int./Div. | P1 | T | | | | | |
| 81. through 107 are in a self-directed IRA: | | | | | | | | | |
| 82. --Pfizer Inc., com. | | | | | | | | | |
| 83. --Bank of America FDIC Ins. Deposit | | | | | | | | | |
| 84. --Comcast Corp. New Cl. A | | | | | | | | | |
| 85. --Consol. Energy, com. | | | | | Sold | 01/19/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 86. | --Leucadia Natl Corp., com. | | | | | Sold | 01/26/12 | K | D | |
| 87. | --Key Energy Serv., com. | | | | | Sold | 01/25/12 | K | D | |
| 88. | --Berkshire Hathaway CL B | | | | | | | | | |
| 89. | --Home Depot, com. | | | | | | | | | |
| 90. | --Tyco Int'l Ltd., com. | | | | | Sold | 11/23/12 | K | C | |
| 91. | --Sherwin Williams Co., com. | | | | | Sold | 01/26/12 | K | E | |
| 92. | --Boston Priv. Finl Hldg, com. | | | | | Sold | 01/31/12 | K | C | |
| 93. | --Microsoft, com. | | | | | | | | | |
| 94. | --Myr Group, com. | | | | | Sold | 01/25/12 | K | D | |
| 95. | --Stryker Corp., com. | | | | | | | | | |
| 96. | --Wellpoint, Inc., com. | | | | | Sold | 11/23/12 | K | C | |
| 97. | --Thermo Fish. Sc., com. | | | | | | | | | |
| 98. | --Madison Sq. Garden, com. | | | | | | | | | |
| 99. | --ADT Corp., com. | | | | | Spinoff (from line 90) | 10/01/12 | J | | |
| 100. | --Pentair Ltd., com. | | | | | Spinoff (from line 90) | 10/01/12 | J | | |
| 101. | | | | | | Sold | 11/23/12 | J | B | |
| 102. | --Fidelity Low Priced Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Fidelity Small Cap Disc. Fund | | | | | | | | | |
| 104. --Yacktman Fund | | | | | | | | | |
| 105. --Fidelity Focused Stock Fund | | | | | Buy | 12/31/12 | L | | |
| 106. --Fidelity OTC Port | | | | | Buy | 01/27/12 | L | | |
| 107. | | | | | Buy (add'l) | 01/30/12 | L | | |
| 108. IRA ROLLOVER ACCT NO. 2. All entries that follow from lines | G | Int./Div. | P1 | T | | | | | |
| 109. 113 thru 189 are under the full discretionary management of | | | | | | | | | |
| 110. a registered investment manager. | | | | | | | | | |
| 111. FEDERAL AGENCY BONDS, NOTES, AND MORTGAGES in IRA | | | | | | | | | |
| 112. ROLLOVER ACCT NO. 2: | | | | | | | | | |
| 113. --U.S. Treasury Bills, due 12/6/12 | | | | | Buy | 07/24/12 | L | | |
| 114. | | | | | Buy (add'l) | 08/29/12 | L | | |
| 115. | | | | | Redeemed | 12/06/12 | M | A | |
| 116. --U.S. Treasury Bills, due 12/12/13 | | | | | Buy | 12/19/12 | K | | |
| 117. CORPORATE BONDS/NOTES IN IRA ROLLOVER ACCT #2: | | | | | | | | | |
| 118. --AT&T Notes | | | | | Redeemed | 09/14/12 | M | D | |
| 119. --Conoco Phillips Notes | | | | | Redeemed (part) | 08/17/12 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --Amgen Inc. Notes | | | | | | | | | |
| 121.  --Hewlett Packard Notes | | | | | | | | | |
| 122.  --Medtronic Inc. Notes | | | | | | | | | |
| 123.  --Procter & Gamble Notes | | | | | | | | | |
| 124.  --Wells Fargo MT Notes | | | | | | | | | |
| 125.  --Morgan Stanley Notes | | | | | | | | | |
| 126.  --Bank of America Note due 9/1/15 | | | | | | | | | |
| 127.  --JPMorgan Chase & Co. Notes due 01/15/16 | | | | | | | | | |
| 128.  --State Street Corp. Notes due 3/7/16 | | | | | | | | | |
| 129.  EQUITIES IN IRA ROLLOVER ACCT #2: | | | | | | | | | |
| 130.  --American Express, com. | | | | | | | | | |
| 131.  --ChevronTexaco, com. | | | | | | | | | |
| 132.  --KO, com. | | | | | | | | | |
| 133.  --Exxon Mobil, com. | | | | | | | | | |
| 134.  --GE, com. | | | | | | Sold (part) | 03/09/12 | J | | |
| 135.  --INTC, com. | | | | | | | | | |
| 136.  --J.P. Morgan Chase, com. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --JNJ, com. | | | | | | | | | |
| 138. --Merck, com. | | | | | | | | | |
| 139. --PEP, com. | | | | | | | | | |
| 140. --WMT, com. | | | | | | | | | |
| 141. --Walgreen, com. | | | | | Sold (part) | 03/09/12 | K | C | |
| 142. --McGraw-Hill, Inc., com. | | | | | | | | | |
| 143. --Microsoft Corp., com. | | | | | Sold (part) | 10/22/12 | J | | |
| 144. --Altria Group, com. | | | | | | | | | |
| 145. --Automatic Data Proc., com. | | | | | | | | | |
| 146. --HSBC Hldg PLC, com. | | | | | | | | | |
| 147. --Occidental Pete Corp. Cal., com. | | | | | | | | | |
| 148. --Caterpillar, Inc., com. | | | | | | | | | |
| 149. --Praxair Inc., com. | | | | | | | | | |
| 150. --Procter & Gamble., com. | | | | | | | | | |
| 151. --Target Corp., com. | | | | | | | | | |
| 152. --United Technologies Corp., com. | | | | | | | | | |
| 153. --Medtronic Inc., com. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Texas Instruments, com. | | | | | | | | | |
| 155. --Kraft Foods Inc., com. | | | | | | | | | |
| 156. --Abbott Labs, com. | | | | | | | | | |
| 157. --Rio Tinto PLC, com. | | | | | | | | | |
| 158. --Freeprt. McMoran CPR & Gold, com. | | | | | Buy (add'l) | 03/06/12 | J | | |
| 159. --Genl Dynamics Corp., com. | | | | | Sold | 03/09/12 | J | | |
| 160. --McDonalds, com. | | | | | | | | | |
| 161. --Philip Morris Intl, com. | | | | | | | | | |
| 162. --Total Fina Elf SA., com. | | | | | | | | | |
| 163. --Becton Dickinson, com. | | | | | Sold | 10/17/12 | K | B | |
| 164. --IBM, com. | | | | | Buy (add'l) | 10/17/12 | K | | |
| 165. --Nestle Sponsored ADR, com. | | | | | | | | | |
| 166. --Roche Holdings Ltd. Spon. ADR, com. | | | | | | | | | |
| 167. --Franklin Resources, com. | | | | | | | | | |
| 168. --Intuitive Surgical, com. | | | | | | | | | |
| 169. --Walt Disney Co., com. | | | | | | | | | |
| 170. --Air Products & Chems., com. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --Arcos Dorados Hldgs., com. | | | | | | | | | |
| 172. --Black Rock, com. | | | | | Buy (add'l) | 03/06/12 | J | | |
| 173. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 174. --Novo Nordisk AS ADR, com. | | | | | | | | | |
| 175. --Time Warner Cable, com. | | | | | | | | | |
| 176. --Kinder Morgan, com. | | | | | Buy | 03/06/12 | K | | |
| 177. | | | | | Buy (add'l) | 10/17/12 | J | | |
| 178. --Mondelez Internat'l Inc., com. | | | | | Spinoff (from line 155) | 10/02/12 | J | | |
| 179. CASH ACCOUNTS IN IRA ROLLOVER ACCT NO. 2: | | | | | | | | | |
| 180. --Regions FDIC | | | | | | | | | |
| 181. --Dreyfus Govt Money | | | | | Closed | | | | |
| 182. IRA ROLLOVER NO. 3: | E | Int./Div. | P1 | T | | | | | |
| 183. --FIA Card Services cash acct | | | | | | | | | |
| 184. --ML cash account | | | | | | | | | |
| 185. --Pimco Total Return Fund | | | | | | | | | |
| 186. --Vista Bank, TX (CD) | | | | | Redeemed | 02/27/12 | J | | |
| 187. --First Bank, Puerto Rico (CDs) | | | | | Redeemed (part) | 07/30/12 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  --Lord Abbott Short Fund | | | | | Buy (add'l) | 10/15/12 | L | | |
| 189.  --IShares Barclays TIPS BO | | | | | | | | | |
| 190.  ⬜ ESTATE NO. 1: (Y) | | None | J | T | | | | | See Note Part VIII |
| 191.  ----Chase Bank, Houston, checking acct. | | | | | | | | | |
| 192.  TRUST NO. 2: | D | Dividend | O | T | | | | | |
| 193.  --Fidelity MM | | | | | | | | | |
| 194.  --Fidelity Low Price Stock | | | | | | | | | |
| 195.  --Yacktman Fund | | | | | | | | | |
| 196.  --Fidelity Small Cap Discovery Fund | | | | | | | | | |
| 197.  --Fidelity OTC Portfolio Fund | | | | | Buy | 01/03/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Part I POSITIONS, line 2, also the following subsidiaries: The Methodist Hospital Foundation; The Methodist Hospital Research Institute, TMH Health Care Group, and TMH Medical Office Buildings Condominium Association

(2) Part I POSITIONS, line 3, also the following subsidiaries: Methodist Willowbrook Medical Office Bldgs Condominium Association; Methodist Willowbrook Medical Office Bldgs II Condominium Association; San Jacinto Methodist-Alexander Condominium Association; San Jacinto Methodist Hospital; SJMH Condominium Association; The Methodist Hospital Condominium Association; TMH Medical Office Buildings; and Methodist West Houston Medical Office Building Condominium Association.

(3) Part VII, page 4, lines 12 & 13: the year-end values of CNL Lifestyle Props. Inc. units, and Hines REIT, which are real estate REITS that are not publicly traded, are derived from the issuers' estimates of value at year end.

(4) Part VII, page 8, line 78: The year-end value of IRA account in John Hancock Ind. Retirement Annuity, which is not publicly traded, was provided by John Hancock Life Ins. Co.

(5) Part VII, page 15, line 190: Estate No. 1, a ___ estate, was fully distributed in 2010 except for a small non-interesting bearing account, as reported last year. The Real Property, Kerr County, Texas, was an error last year; the bank account shown on Line 191 should have been entered then.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ EWING WERLEIN, JR.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544